CORONET LEASING CORPORATION, Respondent, v. MAX LEVINE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.